UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1220-JAH |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 1043 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Sanchez-Ramirez | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Luis Alberto Armenta-Valtierra

DATED: 4/17/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
            DUSM
                                W. SAMUEL HAMRICK, JR.  Clerk
                                    by
                                        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70062